**No. 43018.**—Protests 718695–G, etc., of R. Alexander et al. (Los Angeles).

Opinion by DALLINGER, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, JANUARY 16, 1940

**No. 43019.**—Protests 922806–G, etc., of Columbia Co. et al. (San Francisco).

Opinion by EVANS, J.   In accordance with stipulation of counsel and on the authority of *United States* v. *Kwong* (23 C. C. P. A. 327, T. D. 48193) and the trade agreement with the Netherlands (T. D. 48093) the protests were sustained.

**No. 43020.**—Protest 965683–G of Quong Lee & Co. (San Francisco).

Opinion by EVANS, J.   It was stipulated that the merchandise consists of fish, lard, and beans similar to that involved in Abstract 42516.   The claim at 20 percent under paragraph 1558 was therefore sustained.

**No. 43021.**—Protests 975651–G, etc., of Fred Heim (Los Angeles).

Opinion by EVANS, J.   It was stipulated that the merchandise consists of harlequin cocktail sticks, stiltonette wafers, celery sandwiches, cheddar sandwiches, and piquant sandwiches similar to the baked articles passed upon in *Renken* v. *United States* (1 Cust. Ct. 309, C. D. 73).   The claim at 20 percent under paragraph 1558 was therefore sustained.

**No. 43022.**—Protests 993023–G, etc., of Bohemian Distributing Co. et al. (Los Angeles, etc.).

Opinion by EVANS, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 43023.**—Protests 948868–G, etc., of Frazar & Co. et al. (Portland, Maine, etc.).

Opinion by EVANS, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 43024.**—Protests 792453–G, etc., of A. F. Sullivan Corp. et al. (Baltimore, etc.).

Opinion by EVANS, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.